ADAM G. GASNER (CSBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-255-7264

Attorney for Defendant
AMANDA H. FEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMANDA H. FEIN,<br><br>　　　　Defendant. | No: CR 08-0841 EMC<br><br>[Proposed] ORDER VACATING MOTIONS DATE AND SETTING STATUS CONFERENCE |

Upon the within stipulation of the government and defendant;

IT IS HEREBY ORDERED that the previously set date of March 11, 2009 at 10:30 a.m. for hearing on motions be vacated and this case be re-set for a status conference on March 11, 2009 at 9:30 a.m.

Dated: February 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED
　　　　　　　　　　　　　　　　　　　　　　　　/s/ Judge Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　　　　Hon. _____
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

SO STIPULATED AND APPROVED AS TO FORM:

Dated: 2-11-09

　　/s/　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
WENDY THOMAS　　　　　　　　　　　　　　　　　ADAM G. GASNER
Assistant U.S. Attorney　　　　　　　　　　　　　　　Attorney for Defendant

-1-

**USA V. FEIN, CR 08-0841 MAG**
**ORDER RE: VACATING HEARING DATE AND SETTING STATUS CONFERENCE.**